IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY L. DEMASTUS,

        Plaintiff,               No. 2:09-cv-1194-JFM (PC)

    vs.

PLACER COUNTY SHERIFF'S OFFICE,

        Defendants.        <u>ORDER</u>
_____/

        Plaintiff, a county jail inmate proceeding pro se, has filed a civil action on a state court form for petition for writ of habeas corpus. Review of the pleading shows that plaintiff is attempting by this action to challenge conditions of his confinement in the Placer County Jail. Accordingly, the action will be construed as a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff will be given an opportunity to file an amended pleading on the court's civil rights complaint form.

        Plaintiff has not filed an in forma pauperis affidavit or paid the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee, which is $350.00 for a federal civil rights action. Plaintiff is advised that in the event that he applies for and is granted in forma pauperis status, he will be liable for the

1

full amount of the filing fee, which will be collected in accordance with the provisions of 28 U.S.C. § 1915(b).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action;

2. Plaintiff's original pleading is dismissed;

3. Plaintiff is granted thirty days from the date of this order to file an amended complaint on the from provided with this order; the amended complaint must comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint"; plaintiff must file an original and two copies of the amended complaint; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed; and

4. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner and the court's form civil rights complaint together with accompanying instructions.

DATED: May 26, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
dema1194.3a

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY L. DEMASTUS,

    Plaintiff,

vs.

PLACER COUNTY SHERIFF'S OFFICE,

    Defendants.

_____/

No. 2:09-cv-1194-JFM (PC)

<u>NOTICE OF SUBMISSION</u>

Plaintiff hereby submits the following document in compliance with the court's order filed _____:

_____  IFP affidavit OR appropriate filing fee ($350.00)

_____  Amended complaint

DATED:

_____
Plaintiff